# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JEROME FERRIER,

    Petitioner,

v.   CASE NO. 4:17cv178-RH/EMT

FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## ORDER DENYING A TEMPORARY RESTRAINING ORDER

This is a habeas corpus proceeding. For reasons unrelated to the merits, the petitioner has moved for a temporary restraining order. The petitioner says the respondent Department of Corrections is denying him access to legal materials that he needs to litigate this case and other cases.

The motion for a temporary restraining order is before the court on the magistrate judge's report and recommendation, ECF No. 47. No objections have been filed.

The report and recommendation correctly concludes that the petitioner has not shown grounds for a temporary restraining order in this habeas proceeding. If,

as the petitioner asserts, the respondent is improperly denying access to legal materials and thus interfering with the petitioner's ability to litigate this case, the problem will be addressed not with a temporary restraining order but through procedures that ensure that the petitioner has a full and fair opportunity to litigate this case. And if, as the petitioner asserts, the respondent is improperly denying access to legal materials in other cases in violation of the First Amendment, the petitioner may pursue administrative remedies, and, if relief is denied, may file an appropriate lawsuit.

There is, however, a better approach. The respondent should determine whether access to legal materials is being improperly denied and, if so, should take steps to correct the problem. But either way, the petitioner has not shown grounds for a temporary restraining order.

For these reasons,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The petitioner's motion for a temporary restraining order, ECF No. 46, is denied. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on July 25, 2018.

s/Robert L. Hinkle  
United States District Judge